**RECEIVED**
MAY 0 5 2021
**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

v. Jeremy Chase Lorenz
#1246082

V.

Missouri Department of Corrections - Bonne Terre, MO

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☒ Yes   ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2* addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepayment of fees and costs.

## I. The Parties to this Complaint

### A. The Plaintiff

Name: JEREMY CHASE LORENZ

Other names you have used: _____

Prisoner Registration Number: 1246082

Current Institution: E.R.D.C.C. — Eastern Reception Diagnostic and Correctional Center

Indicate your prisoner status:

- [ ] Pretrial detainee
- [X] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Dennis Spradling

Job or Title: Correctional Officer

Badge/Shield Number: E0142749

Employer: Missouri Department of Corrections

Address: 2727 Highway K  Bonne Terre, MO 63628

____ Individual Capacity       _X_ Official Capacity

**Defendant 2**

Name: Downs

Job or Title: Correctional Officer

Badge/Shield Number: _____

Employer: Missouri Department of Corrections

Address: 2727 Highway K Bonne Terre Mo 63628

[ ] Individual Capacity      [X] Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the FACTS that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

I was physically and sexually assaulted by these two officers. It happened on 4-12-21 around 3:15 - 3:45 A.M. The physical abuse started outside the chow hall of E.R.D.C.C. where i was handcuffed for no reason on my way to work in the kitchen. I was accused of being visually high because i was being smart mouthed about them harrassing me so early. I was took to medical were i pleaded with them to not take me to →

3

CLERK OF COURT.

Statement of Claim,   4-25-21

This statement is From: JEREMY CHASE LORENZ
Born 8/7/94   S/S 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

To go futher into detail i am currently in Seg/hole at E.R.D.C.C. in cell 113-A wing 1-house. I am serving 15 days from a violation from one of the officers that Sexually/physically assaulted me. His name is Dennis Spradling I.D.# E0142749. Knowing that their is an active P.R.E.A. investigation going on with this officer i was still found guilty of Violation 11.5 "Visually" being high by Case Manager Romey #118100. I was told "too bad" by Romey and i was punished anyways. Also Officer Spradling has recently worked the wing i am in 1-A and has refused me my 1 hour every 48 hrs rec time out my cell. This happened on 4-24-21 around 8:30-9:30 p.m. He came to my cell door and told me i was "Beat on getting Rec". "Note" this man has or should have an open P.R.E.A. investigation on him and he is Not allowed to work any wing i am housed. Furthermore C.O.II Sheldon Taylor #140429 who read me the write up from C.O. Spradling failed to report me Sexually being assaulted by Spradling. See write-up attached. I was falsely accused of slurring my words and needing someone to help me up, view the camera's outside the Chow hall and medical on 4-12-21 between 3:15 - 3:45 A.M.

Now on 4-22-21 an investigator from Jefferson city MO, came to speak to me around 1:00 p.m. The papers he had recieved from E.R.D.C.C. had gave him false information. They gave him the wrong cell i was in

the wrong date and the wrong C.O.'s and time. I had to correct him of those things and he said he would go back and look at the cameras. Now if that is not a cover up I don't know what is. E.R.D.C.C. lied to an investigator and is caught red handed. I want the court to know that i have been treated BADLY by Staff. I have been refused my hygien - toothpaste/soap/deodarant. I was skipped on going to canteen to buy more hygien, which we only go once a month. The caseworker will not give me the free stuff they have in the back office. I had to ask someone for the paper im writing on and the stamps and envelope it took to send this paper work to you. I had to make string from my socks and tie something like a weight to it so i could sling it to the cell next to me to make all this happen. Please look into all these wrongs.

Jeremy Lorenz
4-25-21

The hole/seg for no reason. Officers Down's had got tired of me talking so he told me if i did not "SHUT UP" i will be slammed on my face when taken outside. I refused to be silenced, so i was slammed on my face with handcuffs behind my back. Check camera's outside medical, i was not resisting. When the two officers escorted me to 1-D-214 they cut my clothes "my shirts" from the neck area while my hands were still handcuffed and used the shirts like a leash around my waist to slammed me against the wall. One officer C.O. Spradling pulled my pants down and boxers, took my boots off, all while they are pinning me to the wall. Officer Down's proceeded to put his finger in my butt while laughing at me about my penis. I screamed for them to stop. It was all over in a couple of minutes and they dragged me towards the end of the cell were the Chuck hole is and took the clothes and handcuffs off of me. I screamed and beat on the door for hours naked. I did not get clothes until hours later and was refused P.R.E.A for 13 hours. I did not get to make a statement for hours because nobody believed me. I was finally able to make a statement around 3:30 P.M - 4:00 P.M. I was taken to medical were i seen a nurse and mental health. The nurse checked me out and said she sees a little blood. I was embarrassed, ashamed, and angry.

### III. Injuries

I have been denied P.R.E.A protocol from the whole E.R.D.CC. institution.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have scars on my wrist were the handcuffs bit into me because they were not locked. My butt had blood coming from it from forced intry. When i used the bathroom for the first time and wiped, their was blood on the toilet paper. Also my lower back hurt for a week after they were digging their knee's into it when they slammed me. I feel mentally unstable because i'm stuck in the hands of the people that hurt me. →

I was taken to Mercy hospital in Festus Missouri. When i got back from there i put in for mental health to talk to someone about being assaulted. It's messed up that the people who are supposed to protect you are the one's hurting you. I do not trust no officer, Caseworker or F.U.M.

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. I do not know how to price a persons sanity or being Sexually/Physically assaulted? 5 million dollars?

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes   [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Eastern Reception Diagnostic and Correctional Center

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes   [ ] No   [ ] Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes   [ ] No   [ ] Do not know

If yes, which claim(s)?

P.R.E.A.   Sexual/Physical abuse by staff

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes   ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes   ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

E.R.D.C.C.

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

Will not give me copys.

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

E.R.D.C.C. will not give me a grievance Paper, i have filed "Informal resolution request" but have not heard back.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

"Officer Peery" was the only Person to help me. He was the one who got me a "Statement" Paper.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have wrote multiple "Informal resolution request" forms on being sexually assaulted and falsly accused of being visually high. I have been denied a drug test and grievance's.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

        ☐ Yes        ☒ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes        ☒ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff _____

        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the state and county)*

    3.    Docket or case number _____

    4.    Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?

   ☐ Yes

   ☐ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff _____

   Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the state and county*)



3. Docket or case number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

9

6. Is the case still pending?

☐ Yes

☐ No *(If no, give the approximate date of disposition):*_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of April, 2021.

Signature of Plaintiff   *Jeremy Chase Soury*

10